Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ELVEY, an individual, and GADGETWIZ, INC., an Arizona corporation, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>TD AMERITRADE, INC., a New York corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2852 MJJ<br><br>**STIPULATED [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Martin J. Jenkins |

**GROUNDS**

1.  Plaintiffs Matthew Elvey and Gadgetwiz.com filed a First Amended Complaint against Defendant TD Ameritrade, Inc. ("TD Ameritrade"), on June 28, 2007, and Motion for Preliminary Injunction on July 10, 2007. TD Ameritrade filed a Motion to Dismiss the Plaintiffs' First Amended Complaint on July 18, 2007.

1    2.    In a proposed stipulated order filed by the parties on September 24, 2007, the
parties explained that the parties are meeting and sharing information and on that basis, the
parties requested that the Motion for Preliminary Injunction and Motion To Dismiss be removed
from the Court's calendar.

3.    On September 26, 2007, the Court entered the stipulated order removing the
motions from the Court's calendar and permitting the parties to re-notice their respective motions
on 14 days notice.

4.    On October 9, 2007, the parties advised the Court by stipulation that the
discussions referenced in the September 26 stipulated order were ongoing and sought a
continuance of the Case Management Conference to allow the parties to determine the direction
of the litigation.  The Court thereafter continued the Case Management Conference to December
4, 2007.  The parties have been actively engaged in discussions over the past two months and
the discussions are ongoing.

5.    Accordingly, the interests of the parties and the interests of judicial efficiency
would be best served by continuing the Case Management Conference to enable the parties to
complete their discussions.

## STIPULATION

1.    IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, that the Case
Management Conference shall be continued from December 4, 2007 to January 22, 2008 at 2:00
p.m.


IT IS SO STIPULATED, THROUGH COUNSEL.


Dated:  November 27, 2007        By:         /s/ Ethan Preston
                                             Ethan Preston
                                             Counsel for Plaintiffs Matthew Elvey and
                                             Gadgetwiz, Inc. and the putative class

-2-
**STIPULATED [PROPOSED] ORDER CONTINUING HEARING DATE**
**CASE NO.: C-07-02852-MJJ**

Dated: November 27, 2007     By:     /s/ Lee H. Rubin
                                     Lee H. Rubin
                                     Mayer Brown LLP
                                     Two Palo Alto Square
                                     Suite 300
                                     Palo Alto, California  94306

                                     Counsel for Defendant
                                     TD AMERITRADE, Inc.

*Filer's Attestation:  Pursuant to General Order No. 45, I, Lee Rubin, attest that I obtained concurrence in the filing of this document from the other signatory.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Date:   11/27/07                By:   _____
                                      THE HONORABLE MARTIN J. JENKINS
                                      UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — Signature: Judge Martin J. Jenkins]*