Alan Himmelfarb (Bar No. 90480)
2757 Leonis Blvd.
Los Angeles, CA 90058
T: 323.585.8696

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In re TD AMERITRADE ACCOUNTHOLDERS LITIGATION | Master File No. C 07-2852 VRW |
|---|---|
| This Document Relates to: All Actions | **ALAN HIMMELFARB'S NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL
Case No. No. 07CV2852

PLEASE TAKE NOTICE that Alan Himmelfarb ("Himmelfarb") has represented Plaintiffs as part of his employment at KamberEdelson, LLC ("KamberEdelson").  However, as of December 31, 2009, Himmelfarb is no longer employed by KamberEdelson, LLC and no longer represents any clients in this case.  Scott A. Kamber, formerly of KamberEdelson and now of the law firm KamberLaw, LLC, remains actively involved in representing Plaintiffs in this matter.  David Parisi of Parisi & Havens LLP also represents Plaintiffs.

THEREFORE Alan Himmelfarb hereby withdraws as counsel.

Dated: January 15, 2010                               ALAN HIMMELFARB

                                                      By:_____/s/_____

**PROOF OF SERVICE**

The undersigned certifies that, on January 15, 2010, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

/s/ _____
Alan Himmelfarb