Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: 213-622-6469
Telecopier: 213-622-6019
Email: gnelson@kreindler.com

Howard Strong, Esq. ( 069641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA 91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email: stronglaw@gmail.com

Attorneys for Richard Holober,
individually and on behalf of the class

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, | Master File No. C-07-2852 VRW |
| | CLASS ACTION |
| This Document Relates to All Actions | [~~PROPOSED~~] ORDER CONTINUING ~~CASE~~ SETTLEMENT ~~MANAGEMENT~~ CONFERENCE |
| | Date: June 8, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom of the Honorable Joseph C. Spero |

- 1 -

[~~Proposed~~] Order Continuing ~~Case Management~~ Settlement Conference
Case No. C- 07-2852 VRW

1   Upon the request of plaintiff Richard Holober and defendant TD Ameritrade
2   and for good cause shown:
3   IT IS HEREBY ORDERED that the Case Management Conference presently
4   scheduled for June 8, 2010, at 11:00 a.m. is continued to <u>July 12, 2010</u>, at
5   <u>9:30 AM</u>. The parties are to file a Joint Report one week prior to the Conference.

Dated: ~~June 2, 2010~~ June 3, 2010

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

- 2 -
[~~Proposed~~] Order Continuing ~~Case Management~~ Settlement Conference
Case No. C- 07-2852 VRW