Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: 213-622-6469
Telecopier: 213-622-6019
Email: gnelson@kreindler.com

Howard Strong, Esq. ( 069641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA 91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email: stronglaw@gmail.com

Attorneys for Richard Holober,
individually and on behalf of the class

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, | Master File No. C-07-2852 VRW |
| | CLASS ACTION |
| This Document Relates to All Actions | [~~PROPOSED~~] ORDER CONTINUING ~~CASE~~ Settlement ~~MANAGEMENT~~ CONFERENCE |
| | Date: August 24, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom of the Honorable Joseph C. Spero |

- 1 -

1  Upon the request of plaintiff Richard Holober and defendant TD Ameritrade
2  and for good cause shown:
3  IT IS HEREBY ORDERED that the ~~Case Management~~ Settlement Conference presently
4  scheduled for August 24 2010, at 9:30 a.m. is continued to  September 8, 2010 , at
5  9:30 AM.  The parties are to file a Joint Report one week prior to the Conference.

7  Dated:  08/23/10

The Hon. [signature: Judge Joseph C. Spero]
United S[tates...]

- 2 -

[Proposed] Order Continuing Case Management Conference
Case No. C- 07-2852 VRW