MARK A. CHAVEZ (SBN 90858)
JONATHAN E. GERTLER (SBN 111531)
CHAVEZ & GERTLER, LLP
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599

GREGORY A. BECK (Admitted Pro Hac Vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
Telephone: (202) 588-1000

Attorneys for Plaintiff Matthew Elvey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re TD AMERITRADE ACCOUNTHOLDER LITIGATION | ) Case No. C 07-2852 VRW |
| --- | --- |
| | ) |
| | ) CLASS ACTION |
| | ) |
| | ) [~~PROPOSED~~] **ORDER GRANTING** |
| | ) **MOTION TO WITHDRAW AS COUNSEL** |
| | ) |
| | ) The Honorable Vaughn Walker |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW, CASE NO. C 07-2852 VRW

1  The Court having considered the motion of Chavez & Gertler LLP and its attorneys Mark
2  A. Chavez and Jonathan E. Gertler, and Public Citizen Litigation Group and its attorney Gregory
3  A. Beck, requesting leave to withdraw as counsel for objecting class member Matthew Elvey in
4  this case, and good cause appearing, IT IS HEREBY ORDERED that moving parties' motion to
5  withdraw is GRANTED, and they are hereby terminated as counsel in this proceeding.

7  Dated: __August 25__, 2010



The Honorable Vaughn Walker
United States District Judge

---

-1-
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW, CASE NO. C 07-2852 VRW

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA   )
                                          ) ss.
COUNTY OF MARIN        )

　　　I am employed in the County of Marin, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA  94941.

　　　On August 16, 2010, I served the foregoing documents:

- **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action by sending a true copy thereof addressed to each as follows:

　　　　　Matthew Elvey
　　　　　1819 Polk St. #133
　　　　　San Francisco, CA 94109

[X]　　**BY MAIL:**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

　　　Executed on August 16, 2010, at Mill Valley, California.

　　　I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
　　　　　　　Jenna Raden