Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA  90017
Telephone: 213-622-6469
Telecopier: 213-622-6019
Email:  gnelson@kreindler.com

Howard Strong, Esq. ( 069641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA  91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email:  stronglaw@gmail.com

Attorneys for Richard Holober,
individually and on behalf of the class

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, | Master File No. C-07-2852 VRW |
| | CLASS ACTION |
| This Document Relates to All Actions | [~~PROPOSED~~] ORDER FURTHER CONTINUING SETTLEMENT CONFERENCE |
| | Date:  September 8, 2010<br>Time:  9:30 a.m.<br>Place: Courtroom of the Honorable Joseph C. Spero |

Upon the request of plaintiff Richard Holober and defendant TD Ameritrade and for good cause shown:

IT IS HEREBY ORDERED that ~~the Settlement Conference presently scheduled for September 8, 2010, at 9:30 a.m. is continued to _____, at _____.~~ a Telephonic Status Conference shall be held on with counsel only. Ms. Nelson shall establish a conference call number dial in number for all counsel and the Court. ~~The parties are to file a Joint Report one week prior to the Conference~~.

Dated: 09/03/10

_____

The Ho...
United S...

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

- 2 -

[Proposed] Order Further Continuing Settlement Conference
Case No. C- 07-2852 VRW