UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: TD AMERITRADE ACCOUNT HOLDER LITIGATION
_____/

No. C 07-02852 VRW (JCS)

**ORDER REGARDING NOVEMBER 16, 2010 SETTLEMENT CONFERENCE DATE**

The parties have requested that the Settlement Conference be taken off calendar. If the Motion for Preliminary Approval is filed before November 16, 2010 at 9:30 a.m., then the Settlement Conference will not be held.

IT IS SO ORDERED.

Dated: November 15, 2010

JOSEPH C. SPERO
United States Magistrate Judge