```
 1  Gretchen M. Nelson (112566)
    KREINDLER & KREINDLER LLP
 2  707 Wilshire Blvd., Suite 4100
    Los Angeles, CA  90017
 3  Telephone: 213-622-6469
    Telecopier: 213-622-6019
 4  Email:  gnelson@kreindler.com

 5
    Howard Strong, Esq. ( 069641)
 6  Law Offices of Howard Strong
    P.O. Box 570092
 7  Tarzana, CA  91357-4031
    Telephone: (818) 343-4434
 8  Telecopier: (818) 343-7910
    Email:  stronglaw@gmail.com
 9

10  Attorneys for Richard Holober,
    individually and on behalf of the class
11
```

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Ameritrade Account Holder Litigation, ) | Master File No. C-07-2852 VRW |
| ) | |
| ) | CLASS ACTION |
| This Document Relates to All Actions ) | |
| ) | [~~PROPOSED~~] **ORDER ADVANCING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| ) | |
| ) | Current Date:  December 23, 2010 |
| | Proposed Advanced Date: December 9, 2010 |
| | Time: ~~11:00 a.m.~~  10:00AM |
| | Place: Courtroom of the Honorable Vaughn R. Walker |

- 1 -

1  Upon the request of plaintiffs Richard Holober and Brad Zigler and defendant TD
2  Ameritrade and for good cause shown:
3  IT IS HEREBY ORDERED that the hearing on the motion for preliminary approval of a
4  class action settlement presently scheduled for December 23, 2010, at 11:00 a.m. is hereby advanced
5  to December 9, 2010, at ~~11:00 a.m.~~ 10:00AM.  Any opposition to the motion for preliminary approval shall be
6  filed on or before __12/2/2010__, 2010 and any reply to any opposition shall be filed on or
7  before _12/6/2010 at noon_ ~~, 2010.~~

9  Dated: __11/30/2010__

_____
The Hono[Judge Vaughn R Walker]r R. Walker
Chief Judge of the United States District Court for the
Northern District of California

- 2 -

[Proposed] Order Advancing Hearing on Motion for Preliminary Approval
Case No. C- 07-2852 VRW