# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: TD Ameritrade Account Holder Litigation,<br><br>This Document Relates to All Actions | Master File No. C-07-2852 SBA<br><br>CLASS ACTION<br><br>**ORDER GRANTING BRIEF FOUR DAY EXTENSION TO FILE RESPONSES TO OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 19, 2011<br>Time: 1:00 p.m.<br>Place: Courtroom of the Honorable Saundra Brown Armstrong |

The Court having read and considered the Stipulation jointly filed by Class Representative Plaintiffs and Defendant TD Ameritrade, Inc. seeking a brief four day extension to file responses to objections to final approval of the settlement, and good cause appearing therefore:

IT IS HEREBY ORDERED that

The deadline for the filing of responses to objections by class members to final approval of the settlement is continued from March 31, 2011 to April 4, 2011.

Dated: 3/31/11

_____

The Honorable Saundra Brown Armstrong
United States District Judge

Respectfully submitted by,

KREINDLER & KREINDLER LLP

LAW OFFICES OF HOWARD STRONG

By:   /s/ Gretchen M. Nelson
Gretchen M. Nelson
*Attorneys for Class Representative Richard Holober*

DAVID C. PARISI, ESQ. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA  91403
Telephone: (818) 990-1299
Telecopier: (818) 501-7852
Email: dcparisi@parisihavens.com

By:   /s/ David C. Parisi
        David C. Parisi
*Attorneys for Class Representative Brad Zigler*

- 1 -   MASTER FILE NO. -07-2852  SBA

[PROPOSED] ORDER GRANTING EXTENSION TO FILE RESPONSES TO OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| 1 | Robert J. Kriss |
| | MAYER BROWN LLP |
| 2 | 71 South Wacker Drive |
| | Chicago, Illinois 60606 |
| 3 | Telephone:  312-701-7165 |
| | Telecopier:  312-706-8646 |
| 4 | Email:  rkriss@mayerbrown.com |
| 5 | |
| | Lee H. Rubin |
| 6 | MAYER BROWN LLP |
| | Two Palo Alto Square, Suite 300 |
| 7 | 3000 El Camino Real |
| | Palo Alto, California  94306-2112 |
| 8 | Telephone:  650-331-2037 |
| 9 | Telecopier:  650-331-2060 |
| | Email: lrubin@mayerbrown.com |
| 10 | |
| | //s//Robert J. Kriss |
| 11 | By:_____ |
| 12 |     Robert J. Kriss |
| | *Attorneys for Defendant TD Ameritrade* |

- 2 -

MASTER FILE NO. C-07-2852 SBA

[PROPOSED] ORDER GRANTING EXTENSION TO FILE RESPONSES TO OBJECTIONS TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT