# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| IN RE: TD Ameritrade Account Holder Litigation, <br><br>This Document Relates to All Actions | Master File No. C-07-2852 SBA <br><br>CLASS ACTION <br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION TO SEAL OR REDACT PORTIONS OF DOCUMENTS PUBLICLY FILED THAT CONTAIN PERSONAL IDENTIFICATION INFORMATION** <br><br>Date: April 19, 2011 <br>Time: 1:00 p.m. <br>Place: Courtroom of the Honorable Saundra Brown Armstrong |
|---|---|

UPON the application of Plaintiffs to seal or redact portions of Docket Nos. 265, 267, 270, 271, 272, and 275, the Court have read the application and arguments made therein and good cause appearing therefore:

IT IS HEREBY ORDERED that Docket Nos. 265, 267, 270, 271, 272, and 275 shall hereby be sealed.

Dated: April 13, 2011

_____
Hon. Saundra Brown Armstrong
United States District Judge

Respectfully Submitted by

Gretchen M. Nelson (112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA  90017
Telephone:  213-622-6469
Telecopier:  213-622-6019
Email:  gnelson@kreindler.com

Howard Strong, Esq. (69641)
Law Offices of Howard Strong
P.O. Box 570092
Tarzana, CA  91357-4031
Telephone: (818) 343-4434
Telecopier: (818) 343-7910
Email:  stronglaw@gmail.com

By:   /s/ Gretchen M. Nelson
        Gretchen M. Nelson
*Attorneys for Richard Holober*

DAVID C. PARISI, ESQ. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA  91403
Telephone: (818) 990-1299
Telecopier: (818) 501-7852
Email: dcparisi@parisihavens.com

By:   /s/ David C. Parisi
        David C. Parisi
*Attorneys for Brad Zigler*